UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>               Plaintiff,<br><br>    v.<br><br>OWENS, et al.,<br><br>               Defendant. | CASE NO. C19-1859-RSM-BAT<br><br>**ORDER DENYING SECOND MOTION FOR COUNSEL** |

Plaintiff proceeds *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. Plaintiff previously moved for appointment of counsel in this case and that motion was denied without prejudice. Dkt. 6, 7. Plaintiff now moves again for appointment of counsel raising substantially the same arguments and facts as he presented in his first motion. Dkt. 9. Plaintiff's motion (Dkt. 6) is DENIED WITHOUT PREJUDICE for the same reasons stated in this Court's prior order denying his first motion for counsel. *See* Dkt. 7.

DATED this 7th day of January, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING SECOND MOTION FOR
COUNSEL - 1