# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAVID ALLEN GILLUM,

                Plaintiff,

    v.

OWENS, et al.,

                Defendant.

CASE NO. C19-1859-RSM-BAT

**ORDER DENYING MOTION TO ADD INFORMATION**

Plaintiff proceeds *pro se* and *in forma pauperis* in the 42 U.S.C. § 1983 civil rights action. By order dated January 7, 2020, the Court directed service of the complaint. Defendants have not yet filed answers to the complaint. Plaintiff has filed a motion seeking to "Add Information; Complaint, Parties, Damages." Dkt. 13. Plaintiff's motion lists various general "rights", "parties" and "damages" suffered but fails to articulate any facts or explain what "party" violated what right or how the right was allegedly violated. *Id.*

Plaintiff's motion (Dkt. 13) is DENIED without prejudice because it is unclear what relief plaintiff is seeking in his motion. Even if the Court were to construe plaintiff's motion as one seeking to file an amended complaint, plaintiff fails to provide sufficient information to state a claim for relief. If plaintiff intends to file an amended complaint to include additional claims and defendants he is advised that he must write out a short, plain statement telling the Court: (1)

1 | the constitutional right plaintiff believes was violated; (2) the name of the person who violated
2 | the right; (3) exactly what that person did or failed to do; (4) how the action or inaction of that
3 | person is connected to the violation of plaintiff's constitutional rights; and (5) what specific
4 | injury plaintiff suffered because of that person's conduct. *See Rizzo v. Goode*, 423 U.S. 362,
5 | 371–72 (1976). Plaintiff is also advised that if he files an amended complaint it will act as a
6 | complete substitute for the original complaint and not as a supplement. *See Ferdik v. Bonzelet*,
7 | 963 F.2d 1258, 1262 (9th Cir. 1992). Accordingly, the amended complaint must include all of
8 | the claims plaintiff intends to include in this action.

9 | The Clerk is directed to send plaintiff a copy of this order and the appropriate forms for
10 | filing a 42 U.S.C. § 1983 civil rights complaint.

11 | DATED this 30th day of January, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO ADD
INFORMATION - 2