UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ALLEN GILLUM,

                Plaintiff,

    v.

OWENS, ET AL., et al.,

                Defendant.

CASE NO. 2:19-cv-01859-RSM-BAT

**ORDER DENYING THIRD MOTION FOR COUNSEL**

       Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. Plaintiff has twice moved for appointment of counsel. Dkts. 6, 9. The Court denied both motions. Plaintiff now moves again for appointment of counsel for essentially the same reasons he presented in the prior motions. Dkt. 9. Plaintiff's motion for appointment of counsel, Dkt. 27, is DENIED WITHOUT PREJUDICE for the reasons stated in this Court's prior order denying his first motion for counsel. *See* Dkt. 7.

       DATED this 10th day of March, 2020.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge