UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>               Plaintiff,<br><br>   v.<br><br>OWENS, et al.,<br><br>               Defendant. | CASE NO. 2:19-cv-01859-RSM-BAT<br><br>**ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES** |

Plaintiff, proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, has filed two motions requesting an extension of the discovery deadline. Dkt. 30, 31. Plaintiff's first motion states that, due to the COVID-19 pandemic, he has been unable to access the law libraries or legal clinics and therefore has been unable to properly engage in discovery and needs additional time. Dkt. 30. Defendants did not file opposition to plaintiff's motion. Plaintiff subsequently moved again for an extension or "waiver" of the discovery deadline indicating he is in the process of attempting to hire counsel. Dkt. 31. Defendants' response to this second motion is not yet due but because it requests the same relief as the first motion, this order will resolve both motions.

     Plaintiff's motions (Dkts. 30, 31) are GRANTED to the extent that the pretrial scheduling order is amended as follows:

ORDER GRANTING EXTENSION OF
PRETRIAL DEADLINES - 1

- All discovery shall be completed by **July 24, 2020**.

- Dispositive motions must be filed by **August 24, 2020**.

The Clerk shall provide a copy of this order to the parties

DATED this 22nd day of May, 2020.

                                                    _____
                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge

ORDER GRANTING EXTENSION OF
PRETRIAL DEADLINES - 2