UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>                Plaintiff,<br><br>  v.<br><br>OWENS, et al.,<br><br>                Defendant. | CASE NO. 2:19-cv-01859-RSM-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITH LEAVE TO RENEW** |

*Pro se* plaintiff moves to compel defendants to respond to his request for production and first set of interrogatories that were sent on the discovery cutoff date. Dkt. 50. The Court notes that such discovery requests are untimely because a party must be given adequate time to submit responses *before* the discovery cutoff date. *See, e.g.*, Fed. R. Civ. P. 33(b)(2) ("The responding party must serve its answers and any objections within 30 days after being served with the interrogatories."). The Court therefore **DENIES** plaintiff's motion to compel but permits plaintiff **LEAVE TO RENEW** his motion, if necessary, after defendants' pending summary judgment motion has been resolved.

DATED this 15th day of September, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL WITH LEAVE TO RENEW - 1