UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OWENS, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-cv-01859-RSM-BAT<br><br>**ORDER STRIKING AS MOOT PLAINTIFF'S MOTION TO INTRODUCE DOCUMENT** |

*Pro se* plaintiff moves to introduce his email correspondence with a superior court judge and to request that defendants' motion for summary judgment not be reviewed until after defendants have responded to his interrogatories sent on the discovery deadline date. Dkt. 54. Although plaintiff mailed his current motion on September 23, 2020, it was not received and posted to the docket until September 29, 2020, which was four days after the Report and Recommendation on the summary judgment motion was filed . *See* Dkt. 53.

The Court **STRIKES** as moot plaintiff's motion to introduce a document into evidence. Dkt. 54. The Court also notes that the proffered evidence—plaintiff's unanswered 2020 email correspondence sent to King County Superior Court Judge Dean Lum—has no bearing on determining whether his constitutional rights were violated in 2016. Moreover, depending on how the summary judgment motion is resolved, it may be unnecessary to address plaintiff's

ORDER STRIKING AS MOOT PLAINTIFF'S
MOTION TO INTRODUCE DOCUMENT - 1

1  discovery request mailed on the former cutoff date.

2      DATED this 29th day of September, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER STRIKING AS MOOT PLAINTIFF'S
MOTION TO INTRODUCE DOCUMENT - 2