UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>                  Plaintiff,<br><br>   v.<br><br>DEAN OWENS, et al.,<br><br>                  Defendants. | CASE NO. 2:19-cv-01859-RSM-BAT<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO SET FOR TRIAL AS MOOT, DIRECTING DEFENDANTS TO COMPLY WITH OUTSTANDING DISCOVERY REQUESTS, AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT BY NOVEMBER 20, 2020** |

*Pro se* plaintiff moves to set this matter for trial. Dkt. 56. The Court **STRIKES** that motion as mooted (that is, rendered unnecessary) by Chief Judge Martinez's Order Adopting the Report and Recommendation. Dkt. 57; *see* Dkt. 53.

Plaintiff earlier sought to compel discovery but had submitted his requests too late given the discovery cutoff date. Dkts. 50, 51. The Court will be resetting the discovery deadline once plaintiff has filed his amended complaint. The Court **DIRECTS** defendants to comply with plaintiff's outstanding discovery requests if they have not already done so.

1  As noted in Chief Judge Martinez's Order and the Report and Recommendation, certain claims and defendants were dismissed and plaintiff was afforded the opportunity to file an amended complaint. Dkts. 53, 57. **The Court DIRECTS plaintiff to file an amended complaint consistent with the Order and Report and Recommendation by November 20, 2020.** Plaintiff's failure to file an amended complaint by that time could be considered an admission that plaintiff no longer seeks to pursue this case.

The Clerk shall provide a copy of this order to the parties

DATED this 21st day of October, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S MOTION TO SET FOR TRIAL AS MOOT, DIRECTING DEFENDANTS TO COMPLY WITH OUTSTANDING DISCOVERY REQUESTS, AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT BY NOVEMBER 20, 2020 - 2