UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>                    Plaintiff,<br><br>  v.<br><br>DEAN OWENS, et al.,<br><br>                    Defendants. | CASE NO. 2:19-cv-01859-RSM-BAT<br><br>**ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER** |

The Court directed *pro se* plaintiff to file an amended complaint consistent Report and Recommendation by November 20, 2020, and noted that a failure to file an amended complaint by that time could be considered an admission that plaintiff no longer seeks to pursue this case. Dkt. 58. Plaintiff has yet to file an amended complaint.

Plaintiff is **ORDERED TO SHOW CAUSE** by **December 28, 2020**, why this matter should not be dismissed for failure to prosecute and for failure to comply with a court order. Plaintiff may adequately respond to the order to show cause by filing an amended complaint by December 28, 2020. Should plaintiff fail to file a response or amended complaint, the Court may presume that he has abandoned this cause of action and has declined to respond to a court order.

The Clerk shall provide a copy of this order to the parties.

ORDER TO SHOW CAUSE WHY THIS
MATTER SHOULD NOT BE DISMISSED
FOR FAILURE TO PROSECUTE AND
FAILURE TO COMPLY WITH A COURT
ORDER - 1

DATED this 30th day of November, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE WHY THIS
MATTER SHOULD NOT BE DISMISSED
FOR FAILURE TO PROSECUTE AND
FAILURE TO COMPLY WITH A COURT
ORDER - 2