1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ALLEN GILLUM,

                 Plaintiff,

   v.

DEAN OWENS, et al.,

              Defendant.

CASE NO. 2:19-cv-01859-RSM-BAT

**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT AND DIRECTING CLERK TO SEND FORM TO PLAINTIFF**

*Pro se* plaintiff answered the order to show cause by stating that he continues to prosecute his case and attempted to file a motion in lieu of an amended complaint on November 20, 2020. Dkt. 62, at 1. The Court received no documents from plaintiff that were dated on or around November 20, 2020, and received plaintiff's last communication on October 15, 2020, i.e., before the order adopting the report and recommendation. *See* Dkt. 56. Nonetheless, the Court finds that plaintiff has adequately demonstrated that he does not intend to abandon this case.

The Court **EXTENDS** the time by which to file an amended complaint consistent with the report and recommendation to **January 29, 2021**. The Court **DIRECTS** the Clerk to send plaintiff the form "**Complaint – Violation of Civil Rights**." Plaintiff may also find the form on the Western District of Washington website.

ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT AND DIRECTING CLERK TO SEND FORM TO PLAINTIFF - 1

DATED this 30th day of December, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER EXTENDING DEADLINE FOR
AMENDED COMPLAINT AND DIRECTING
CLERK TO SEND FORM TO PLAINTIFF - 2