UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>                Plaintiff,<br><br>   v.<br><br>CAPTAIN DEAN OWENS, et al.,<br><br>                Defendants. | CASE NO. 2:19-cv-01859-RSM-BAT<br><br>**ORDER CLARIFYING SCHEDULING DEADLINES** |

The Court issued two orders that contain conflicting scheduling deadlines. Dkts. 68, 72. The Court **CLARIFIES** that the correct scheduling deadlines are contained at Docket Number 72 (Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement):

    **Deadline for FRCP 26(f) Conference:**    3/18/2021

    **Initial Disclosures Pursuant to FRCP 26(a)(1):**    4/1/2021

    **Combined Joint Status Report and Discovery**
    **Plan as Required by FRCP 26(f)**
    **and Local Civil Rule 26(f):**    4/15/2021

The parties should refer to the Order at Docket Number 72 for further detail.

    DATED this 23rd day of February, 2021.

                                                                               BRIAN A. TSUCHIDA
                                                                Chief United States Magistrate Judge