UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAPTAIN DEAN OWENS, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C19-1859-RSM-BAT<br><br>**ORDER SETTING JURY TRIAL AND PRETRIAL DEADLINES** |

The Court has reviewed the parties' Joint Status Report (Dkt. 74), schedules this case for a jury trial, and **ORDERS** the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| Deadline for filing motion to join parties | **6/15/2021** |
| Deadline for amending pleadings | **6/15/2021** |
| Disclosure of expert testimony under FRCP 26(a)(2) | **11/23/2021** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | **12/7/2021** |
| All motions related to discovery must be filed by | **11/15/2021** |
| Discovery completed by | **12/14/2021** |
| Dispositive motions deadline | **1/4/2022** |
| All *Daubert* motions must be filed by (same as dispositive) | **1/4/2022** |

ORDER SETTING JURY TRIAL AND
PRETRIAL DEADLINES - 1

| | |
|---|---|
| Mediation (pursuant to LCR 39.1(c)) deadline | **1/14/2022** |
| Plaintiff's CR 16 Pretrial Statement due | **1/17/2022** |
| Defendant's CR 16 Pretrial Statement due | **1/26/2022** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **1/31/2022** |
| Agreed CR 16.1 Pretrial Order due | **2/21/2022** |
| Pretrial conference scheduled in Courtroom 13206 | **To be Determined** |
| Jury Trial before District Judge Ricardo S. Martinez<br>Estimated trial length: Five (5) days<br>**Courtroom 13206     9:00 a.m.** | **3/14/2022** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Andy Quach in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## DISCOVERY AND COOPERATION

The parties' initial disclosure deadline is **April 1, 2021**. As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as

ORDER SETTING JURY TRIAL AND
PRETRIAL DEADLINES - 2

possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

## PRETRIAL STATEMENTS, ORDERS, AND EXHIBITS

The parties shall submit their respective pretrial statements and the agreed pretrial order in conformity with CR 16 and CR 16.1.  The original and one copy of the trial exhibits are to be delivered to Judge Martinez's chambers on the date the pretrial order is due.  Each exhibit shall be clearly marked.  The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next number not used by plaintiff.  Duplicate documents shall not be listed twice.  Once a party has identified an exhibit in the pretrial order, it may be used by any party.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## PRIVACY POLICY

Under LCR 5.2(a), parties must redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## SETTLEMENT

The Court designates this case for mediation under LCR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the

ORDER SETTING JURY TRIAL AND
PRETRIAL DEADLINES - 3

Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 1st day of March, 2021.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER SETTING JURY TRIAL AND
PRETRIAL DEADLINES - 4